UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO CORTEZ, | CASE NO.: 2:19-cv-03820-GJS |
|     Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| ANDREW SAUL, Commissioner of Social Security, | |
|     Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($2,500.00) subject to the terms of the stipulation.

DATED: February 21, 2020

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE